IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION ("USW") <br><br>　　　　Plaintiffs, <br><br>v. <br><br>LYONDELL-CITGO REFINING, LTD. <br>　　　　Defendants. | § § § § § § § § § § § | Civil Action No. H-06-CV-2229 |

**MEMORANDUM AND ORDER**

Defendant's Motion for Costs is **DEFERRED** until the conclusion of the pending appeal.

**IT IS SO ORDERED.**

Signed at Houston, Texas on this 18th day of October 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KEITH P. ELLISON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE